UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROLANDO CHACON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-08434 |
| ) | |
| v. ) | Hon. Judge Ronald A. Guzman |
| ) | |
| COMCAST CABLE COMMUNICATIONS ) | Hon. Magistrate Judge Sidney I. Schenkier |
| MANAGEMENT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF PLAINTIFF ROLANDO CHACON
IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

I, Rolando Chacon, declare as follows:

1. I am an adult over the age of 18 and a resident of the State of Illinois. Unless otherwise stated, the information set forth in this Declaration is true and correct to the best of my personal knowledge and recollection. If asked to testify in this matter, I would competently state as follows.

2. I am the Plaintiff in the above-captioned lawsuit.

3. On or about February 2, 2017, I began receiving telephone calls from the Defendant in this case, Comcast Cable Communications Management, LLC ("Comcast").

4. Comcast's representatives who called me told me they were looking for someone by the name of Luke Johns or Luke Johnson.

5. I do not know anyone by the name of Luke Johns or Luke Johnson.

6. I informed Comcast's representatives that they had called the wrong telephone number and asked that Comcast no longer call my cellular telephone number.

7. Comcast's representatives continued to call my cellular telephone number multiple

times, sometimes placing up to three to four telephone calls to my cellular telephone number a week, looking for the individual named Luke Johns or Luke Johnson.

8. I repeatedly asked Comcast's representatives that Comcast cease calling my cellular telephone number.

9. Despite my repeated unequivocal requests that Comcast cease calling my cellular telephone number, Comcast's representatives continued to call me multiple times looking for the individual named Luke Johns or Luke Johnson.

10. I have reviewed the Declaration of Nicole Patel, and its Exhibit 1, which was filed by Comcast in this matter.

11. Although I previously had Comcast Xfinity services, I no longer have an active account with Comcast.

12. I have no recollection of the technician who installed my Comcast Xfinity service providing me with a Subscriber Agreement like the one attached to the Declaration of Nicole Patel as its Exhibit 1.

13. I never signed or agreed to anything similar to the Subscriber Agreement attached to the Declaration of Nicole Patel as its Exhibit 1.

14. The telephone calls I received from Comcast which are described above did not relate to my Comcast Xfinity services, as the callers repeatedly stated they were looking for someone named Luke Johns or Luke Johnson.

15. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

*[Signature on following page.]*

Executed this 6th day of March, 2018.

_____
Rolando Chacon